In the Matter of MILTON TITUS, Doing Business as TITUS SECURITY, Petitioner, v GAIL S. SHAFFER, as Secretary of State of the State of New York, et al., Respondents.

Petitioner's conviction for petit larceny and his false answer to question 18 on his renewal application supported the determination to revoke petitioner's license (*see, Matter of Pell v Board of Educ.,* 34 NY2d 222). We find no merit to petitioner's various other contentions. Mangano, J. P., Gibbons, Bracken and Niehoff, JJ., concur.